IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROGER TRENT MELCHOR,          )
                              )
          Petitioner,         )
                              )
     v.                       )     1:14CV908
                              )     1:13CR28-1
UNITED STATES OF AMERICA,     )
                              )
          Respondent.         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 26, 2017, was served on the parties in this action. (Docs. 92, 93.) Plaintiff objected to the Recommendation. (Doc. 94.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.[1]

IT IS THEREFORE ORDERED that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 79) and his Motion for Summary Judgment (Doc. 87) are DENIED, and this

---

[1] To the extent Petitioner's objection takes issue with the court's conclusion that he abused a position of trust (see Doc. 94 ("I never had a position of Trust"), that challenge was resolved against Petitioner at his sentencing and affirmed by the Fourth Circuit on his appeal.

action is DISMISSED WITH PREJUDICE.  A Judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                            /s/   Thomas D. Schroeder
                                            United States District Judge

July 14, 2017