IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 1:13CR28-1 |
| ROGER TRENT MELCHOR, ) | |
| Defendant. ) | |
| and ) | |
| MASTEC ADVANCED TECHNOLOGIES, ) | |
| Garnishee. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 25, 2021, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's objection (Doc. 103) is DENIED and that the Garnishee is ordered to remit to the United States all wages subject to the Writ of Continuing Garnishment (Doc. 98).

/s/ Thomas D. Schroeder
United States District Judge

February 18, 2021